UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ABELARD BERROTERAN,

       Plaintiff,

   v.

QUIRK AND TRATOS, et al.,

       Defendants.

Case No.: 2:21-cv-00396-RFB-EJY

**ORDER**

On March 9, 2021, *pro se* Plaintiff filed a Complaint with the Clerk of the Court to commence a civil action in this Court.  ECF No. 1-1.

Plaintiff has neither paid the $400 filing fee for this matter nor filed an application to proceed *in forma pauperis*, which he must do pursuant to 28 U.S.C. § 1915(a)(1) and the U.S. District Court for the District of Nevada Local Rule LSR 1-1 if he wishes to proceed without paying the mandatory filing fee.  Local Rule LSR 1-1 states: "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*.  The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities."

The Court shall retain Plaintiff's Complaint (ECF No. 1-1), but the Court will not file the Complaint unless and until Plaintiff timely pays the $402 filing fee or files a complete application to proceed *in forma pauperis*.

Accordingly,

IT IS HEREBY ORDERED that the Clerk of Court shall retain Plaintiff's Complaint (*id.*) but will not file it at this time.

IT IS FURTHER ORDERED that the Clerk of Court shall send Plaintiff the approved application to proceed *in forma pauperis* by a non-prisoner form, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

1    IT IS FURTHER ORDERED that within **thirty (30) court days** from the date of this Order,

2   (1) Plaintiff shall file a fully complete application to proceed *in forma pauperis*, on the correct form,

3   in compliance with 28 U.S.C. § 1915(a) and LSR 1-1; or (2) Plaintiff shall pay the full $402 fee for

4   filing a civil action (which includes the $350 filing fee and the $52 administrative fee).

5    IT IS FURTHER ORDERED that a failure to comply with this Order may result in a

6   recommendation to dismiss this case.

7    DATED THIS 11th day of March, 2021.

8

9

10    _____

11    ELAYNA J. YOUCHAH
      UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28